# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CHRISTOPHER HICKS,**

    **Plaintiff,**

    v.                                    **Civil Action 2:22-cv-2204**
                                            **Judge Sarah D. Morrison**
                                            **Magistrate Judge Chelsey M. Vascura**

**KATHLEEN CROWLEY,** *et al.***,**

    **Defendants.**

## ORDER

On August 8, 2023, the mediator reported that the parties had reached an impasse in their settlement negotiations. The mediator further indicated that additional discovery may be required. Accordingly, the parties are **ORDERED** to file a joint written **REPORT** detailing the status of this case, including a joint proposed case schedule with deadlines for any remaining discovery and dispositive motions, **ON OR BEFORE AUGUST 25, 2023**.

    **IT IS SO ORDERED.**

                                                                         /s/ *Chelsey M. Vascura*
                                                                         CHELSEY M. VASCURA
                                                                         UNITED STATES MAGISTRATE JUDGE